## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Tilsa Fernandez

                    Plaintiff,

v.                                             Case No.: 1:23−cv−16313
                                                 Honorable Sharon Johnson Coleman

Central States Pension Fund

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 25, 2024:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Because the Court dismissed some of Plaintiff's claims without prejudice, Defendant moves [26] the Court to clarify Defendant's deadline to respond to Plaintiff's complaint or potential amended complaint. The Court grants Defendant's motion [26] and clarifies as follows: Defendant shall file its answer or other responsive pleading to Plaintiff's complaint within 21 days after either (i) Plaintiff files an amended complaint or (ii) 10/17/2024 (Plaintiff's final day to amend), whichever comes first. No appearance necessary on 9/27/2024. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.